IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

JULIAN RANDOLPH HOLLINS,
    Plaintiff,                                  Civil Action No. 7:15-cv-00508

v.                                           **DISMISSAL ORDER**

JOHN SEITZ, *et al*,                      By:    Norman K. Moon
    Defendant(s).                              United States District Judge

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that this action is **DISMISSED without prejudice**, pursuant to Fed. R. Civ. P. 41(b); all pending motions are **DENIED as moot**; and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to the parties.

**ENTER**: This __28th__ day of October, 2015.

                                                   */s/ Norman K. Moon*
                                                   NORMAN K. MOON
                                                   UNITED STATES DISTRICT JUDGE